IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UBALDO CRUZ DIAZ, ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 18-cv-00636-LKG |
| ) | |
| v. ) | Dated:  February 1, 2024 |
| ) | |
| MI MARIACHI LATIN RESTAURANT, ) | |
| INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## MEMORANDUM OPINION ON MOTION FOR DEFAULT JUDGMENT

On March 2, 2018, Plaintiff, Ubaldo Cruz Diaz, commenced this action to recover damages under the Federal Fair Labor Standards Act of 1938, as amended, 29 U.S.C. §§ 201 *et seq.* ("FLSA"), the Maryland Wage and Hour Law, MD LABOR & EMPLOY., § 3-401, *et seq.* ("MWHL"), and the Maryland Wage Payment and Collection Law, MD LABOR & EMPLOY.,§ 3-501, *et seq.* ("MWPCL") against Defendants, Mi Mariachi Latin Restaurant, Inc. ("Mi Mariachi") and Raul Lopez.  ECF No. 1.  In the complaint, Plaintiff seeks compensation for unpaid wages, pursuant to the FLSA, MWHL, and MWPCL, against Defendants Mi Mariachi, *et al*. *Id*.

On March 9, 2018, the summons and Complaint were properly served upon Defendants.  *See* ECF No. 4.  On April 24, 2018, Plaintiff filed a motion for Clerk's entry of default, pursuant to Fed. R. Civ. P. 55(a).  ECF No. 5.  On June 1, 2018, the Clerk of Court entered an Order of Default against Defendants for failure to plead or otherwise defend this suit.  ECF No. 6.

On August 10, 2018, Plaintiff filed a motion for default judgment against both Defendants.  ECF No. 10.  On February 11, 2019, the Court granted in part and denied in part Plaintiff's motion for default judgment, and entered judgment in favor of Plaintiff and against both Defendants for $45,008.64 in unpaid wages and treble damages, $8,140.00 in attorney's fees, and $670.00 in costs.  ECF Nos. 16, 17.

On March 25, 2020, Plaintiff filed a motion to compel responses to judgment creditor's interrogatories in aid of enforcement of judgment, upon the grounds that Defendant Mr. Raul Lopez failed and refused to respond to the judgment creditor's interrogatories in a timely manner. ECF No. 19. The Court granted Plaintiff's motion on January 27, 2021, ordering Mr. Lopez to respond to the interrogatories within thirty days. ECF No. 21.

On June 30, 2023, Plaintiff filed requests for a Writ of Garnishment of Wages and a Writ of Garnishment of Property other than Wages as to Defendant Raul Lopez. ECF Nos. 25, 26. The Clerk of Court issued the Writ of Garnishment of Wages and Writ of Garnishment of Property Other than Wages as to Defendant Raul Lopez on July 26, 2023 and July 28, 2023 respectively. ECF Nos. 32, 34. The Writ of Garnishment of Wages was properly served on the resident agent for Garnishee Carbonero, Inc. on August 7, 2023. ECF No. 37. The Garnishee did not file an answer to the Writ within thirty days, as was directed by the Writ.

On September 18, 2023, Plaintiff filed a motion for Clerk's Entry of Default against Garnishee Carbonero Inc., to which the Garnishee did not respond. ECF No. 35. The Clerk entered an Order of Default as to Garnishee Carbonero, Inc and issued a Notice of Default to the Garnishee on November 13, 2023. ECF Nos. 38, 39. The Garnishee has not filed a motion to vacate to the Order of Default.

On December 20, 2023, Plaintiff filed a motion for default judgment, pursuant to Maryland R. Civ. P. Cir. Ct. 2-613 and 2-645 and Fed. R. Civ. P. 55, and seeking entry of a default judgment against the defaulting Garnishee, Carbonero, Inc., in the amount of $45,008.64 in principal, $8,140.00 in attorney's fees and $873.00 in costs, which is the amount of the judgment entered by the Court on February 11, 2019, plus additional costs of $203.00 for additional service of process expenses. ECF No. 41. Plaintiff additionally requests post-judgment interest running at statutory rates from February 11, 2019. *Id*. Plaintiff certifies that copies of the motion for default judgment were sent to the last known address of Garnishee Carbonero, Inc., on December 18, 2023 by first class mail. *Id.*

In light of the foregoing, the Court **GRANTS** Plaintiff's Motion for Default Judgment, pursuant to Fed. R. Civ. P. 55(b)(2) and Md. R. 2-613 and 2-645.

A separate order shall issue.

s/ Lydia Kay Griggsby  
LYDIA KAY GRIGGSBY  
United States District Judge